UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUELO MAGAT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>REAL TIME RESOLUTIONS, INC., et al.,<br><br>Defendants. | No. 2:25-cv-01527-DAD-SCR<br><br>ORDER DENYING PLAINTIFFS' *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER<br><br>(Doc. Nos. 5, 10) |

This matter came before the court on June 11, 2025 for hearing on plaintiffs' *ex parte* application for temporary restraining order. (Doc. Nos. 5, 10.) Attorney Caleb Gonzales appeared on behalf of plaintiffs by video. Attorney Nathaniel Lucey appeared on behalf of defendants by video. The court heard argument on plaintiffs' *ex parte* application for temporary restraining order. Plaintiffs' *ex parte* application is hereby denied for the reasons set forth on the record at the hearing.

IT IS SO ORDERED.

Dated:  **June 11, 2025**

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1